IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK
2014 FEB 10 PM 3: 11
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF, <br><br> vs. <br><br> AARON M. ROSENBERG, <br> DEFENDANT. | Case No. CR2-14-32 <br> JUDGE SMITH <br><br><br><br> **FILED UNDER SEAL** |

### MOTION TO SEAL INFORMATION, PLEA AGREEMENT AND ELEMENTS

Now comes the United States of America, by Carter M. Stewart, United States Attorney, and J. Michael Marous, Assistant United States Attorney, both for the Southern District of Ohio, and respectfully requests that the information, plea agreement and elements in the above-entitled cause be sealed for the following reasons:

That the United States is apprehensive that there is a likelihood of destruction of evidence if certain persons become aware of the Information and Plea Agreement.

WHEREFORE, the government respectfully requests that the Information and Plea Agreement.in this case be sealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Mike.Marous@usdoj.gov