IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. |
| | : Judge: |
| AARON M. ROSENBERG, | : |
| Defendant. | : |

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §§ 371 AND 666(a)(2) AND 2

### COUNT 1

**1. ELEMENTS: 18 U.S.C. § 371 (Conspiracy)**

First: That two or more persons conspired, or agreed, to commit the crime of bribery concerning programs receiving federal funds and honest services wire and mail fraud.

Second: That said accused knowingly and voluntarily became a member of the conspiracy;

Third: That at least one overt act was knowingly done in furtherance of some object or purpose of the conspiracy, as charged;

Fourth: That such overt act was knowingly done by a member of the conspiracy during the course of its existence;

Fifth: That such conspiracy existed, in whole or in part, at or about the time alleged in the Southern District of Ohio.

### 2. PENALTIES

a. Mandatory Minimum: None.

b. Possible Maximum: 5 years in prison; a fine of $250,000 or a fine of twice the pecuniary gain or loss; 3 years supervised release; and a $100 special assessment.

## COUNT 2
### 3. ELEMENTS: 18 U.S.C. § 666(a)(2) (Federal Programs Bribery)

First: That the defendant gave, offered, or agreed to give anything of value to another person;

Second: That the defendant did so corruptly with the intent to influence or reward an agent of the City of Columbus, or any agency thereof, in connection with some business, transaction, or series of transactions of the City of Columbus;

Third: That this business, transaction, or series of transactions involved anything with a value of $5,000 or more; and

Fourth: That the City of Columbus, or any agency thereof, within a one year period of the time of the crime, received benefits of more than $10,000 under any Federal program involving a grant, contract subsidy, loan, guarantee, insurance or other assistance.

### 4. PENALTIES

a. Mandatory Minimum: None.

b. Possible Maximum: 10 years in prison; a fine of $250,000 or a fine of twice the pecuniary gain or loss; 3 years supervised release; and a $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Mike.Marous@usdoj.gov