UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

                Plaintiff

vs                                    Criminal Action 2:14-cr-32
                                        Magistrate Judge Norah McCann King

Aaron M Rosenberg,

                Defendant


## CONSENT TO PLEAD GUILTY BEFORE A U.S. MAGISTRATE JUDGE

Under the provisions of 28 U.S.C. § 636 (b) (3) the undersigned party (parties) consent s to plead guilty before a U.S. Magistrate Judge.

_____
Defendant    *Aaron Rosenberg*

_____
Trial Attorney    *T. H. Bienert, Jr.*