# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                                      **CASE NO.:  2:14-cr-032**
                                                            **JUDGE SMITH**
                                                            **MAGISTRATE JUDGE KING**

**AARON M. ROSENBERG,**

      **Defendant.**

## ORDER

      On February 20, 2014, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Rosenberg's guilty plea to a two count Information charging him with conspiracy, in violation of 18 U.S.C. § 371, and bribery in connection with programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(2) and 2, and to enter into a pretrial diversion agreement.  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

      Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

The Court acknowledges that the hearing was held and adopts the findings of facts. Further, the Court acknowledges that the Defendant has entered a pretrial diversion agreement. Accordingly, the Court will hold in abeyance the adoption of the Report and Recommendation and the position on Defendant's plea until such time as the Defendant successfully completes the diversion program or is otherwise notified by the Government.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**