**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

     v.                    :       CASE No. 2:14-cr-032
                                        JUDGE SMITH

**AARON M. ROSENBERG**

## GOVERNMENT'S STATUS REPORTIN DIVERSION CASE

Now comes the United States, by and through its counsel, Assistant United States Attorney J. Michael Marous, and hereby provide the Court with a status report on Defendant-divertee Aaron M. Rosenberg. Mr. Rosenberg has completed his one-year term of supervision and the Government is now trying to determine whether he has complied with the rules, regulations, and conditions of his plea agreement and pre-trial diversion agreement. If he has complied with the terms of his plea agreement and pre-trial diversion agreement, then the Government will move for a dismissal of the within matter on or before August 15, 2015.

                                              Respectfully submitted,

                                              CARTER M. STEWART
                                              United States Attorney

                                              s/J. Michael Marous
                                              J. MICHAEL MAROUS (0015322)
                                              Assistant United States Attorney
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio 43215
                                              (614)469-5715
                                              Fax: (614)469-5653
                                              Mike.Marous@usdoj.gov

## MEMORANDUM IN SUPPORT

In a sealed proceeding held on February 19, 2014, Rosenberg pleaded guilty to a two-count felony Information charging him with one count of Conspiracy to Commit Bribery and Honest Services Wire Fraud, in violation of 18 U.S.C. § 371, and one count of Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(2). Rosenberg's plea was pursuant to a plea agreement and pretrial diversion agreement signed by Rosenberg on February 10, 2014.  The U.S. Pretrial Services Officer signed the diversion agreement and undertook supervision of Rosenberg.

If the ongoing inquiry establishes Rosenberg's compliance with the diversion agreement, the government will seek an Order from this Court dismissing the sealed Information and plea agreement.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/J. Michael Marous
J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Mike.Marous@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served the 15th day of July, 2015, electronically on: Thomas Bienert, Jr., Esq.

s/J. Michael Marous
J. MICHAEL MAROUS (0015322)
Assistant United States Attorney