IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA

v. : CASE No. 2:14-cr-032
JUDGE SMITH

AARON M. ROSENBERG

## GOVERNMENT'S MOTION FOR AN ORDER TO DISMISS THE INFORMATION AND UNSEAL THE PLEADINGS AND RECORDS IN THIS DIVERSION CASE

Now comes the United States, by and through its counsel, Assistant United States Attorney J. Michael Marous, and Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, hereby seeks leave of the Court to dismiss the information (charges) in this case. A proposed Order is attached. Defendant-divertee, AARON M. ROSENBERG has completed his one-year term of supervision. He has complied with the rules, regulations, and conditions of his pre-trial diversion. Fed. R. Crim. Pro 48(A) reads:

**Dismissal**
(a) By the Government. The government may, with leave of court, dismiss an indictment, information, or complaint.

Accordingly, based on Rule 48(a) and the below memorandum in Support, the government seeks an Order dismissing the information and unsealing the case.

Respectfully submitted,
CARTER M. STEWART
United States Attorney

_____
J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Mike.Marous@usdoj.gov

## MEMORANDUM IN SUPPORT

In a sealed proceeding, on February 19, 2014, ROSENBERG plead guilty to a two-count misdemeanor information charging him with count one Conspiracy to Commit Bribery and Honest Services Wire Fraud, in violation of 18 U.S.C. § 371 and count two with Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(2). ROSENBERG's plea was pursuant to a plea agreement and pretrial diversion agreement signed by ROSENBERG on February 10, 2014.

Defendant's Pretrial Services Officer has indicated that ROSENBERG has complied with his conditions of his diversion and by now has closed his supervision over ROSENBERG. (Attached as Exhibit 1).

Accordingly, the government seeks an Order from this Court dismissing the sealed information and further ordering this matter be unsealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Fax: (614)469-5653
Mike.Marous@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served the 7th day of October, 2015, electronically on: Thomas Benert, Jr., Esq.

J. MICHAEL MAROUS (0015322)
Assistant United States Attorney