Attachment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## U.S. Pretrial Services Office

**Melanie A. Furry**
Chief U.S. Pretrial Services Officer

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 512
Columbus, Ohio 43215-2398
Phone: 614-719-3070
Fax: 614-719-3072

Potter Stewart U.S. Courthouse
100 East Fifth Street, Room 301
Cincinnati, Ohio 45202-3980
Phone: 513-564-7590
Fax: 513-564-7594

Federal Building & U.S. Courthouse
200 West Second Street, Room 709
Dayton, Ohio 45402-1411
Phone: 937-512-1430
Fax: 937-512-1445

**May 6, 2015**

Reply to: Dayton Office

TO:     Mike Marouse
        Assistant United States Attorney

FROM:   Shawn D. Stewart
        U.S. Pretrial Services Officer

RE:     **ROSENBERG, Aaron**
        **2:14-CR-032**
        **Termination of Diversion**
        **Memorandum**

On Febraury 19, 2014, Aaron Rosenberg was deemed an appropriate candidate for the Pretrial Diversion Program and his case was accepted for supervision for a period of 12 months. At that time, it was recommended that in addition to the general conditions of participation noted in the Agreement for Diversion, the following special condition be added:

* *Complete 100 hours of community service work with an agency approved by the U.S. Pretrial Services Office.*
* *Home Confinement; with a curfew and random inspections and telephone verifications for 3 months.*
* *Complete 10hours of training through the California Fair Political Practices Commission*

Since being placed in the Pretrial Diversion Program in February 2014, the divertee has remained compliant and has had no violations to this date. The divertee has reported to the U.S. Pretrial Services Office in the Central District of California as directed. Furthermore, the divertee has completed 120 hours of community service work and 10 hours of training through the California Fair Political Practices Commission as directed. There have been no new offenses reported by the defendant's supervising officer, Samuel Hernandez, since the defendant entered the diversion program.

Mr. Rosenberg has successfully met and completed all the requirements for the Pretrial Diversion Program. The period of diversion supervision was set to expire on February 19, 2015. All interest in this case will be closed within five business days of the aforementioned date, without any further objections from the United States Attorney's Office.