**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **v.**                                  **CASE No.  2:14-cr-032**
                                                **JUDGE SMITH**

**AARON M. ROSENBERG,**              **UNDER SEAL**

        **Defendant.**

**O R D E R**

Upon application and for good cause shown, the United States' Motion to Dismiss the sealed Information and to unseal the matter in this case is hereby granted.  The sealed Information filed herein with the United States District Court against the named defendant is hereby dismissed and the entire case shall be unsealed.  A certified copy of this Order shall be the authority of the United States Clerk of Courts and other persons concerned to act in regard to this case.

        **IT IS SO ORDERED.**

                                           _____*s/ George C. Smith*_____
                                           **GEORGE C. SMITH, JUDGE**
                                           **UNITED STATES DISTRICT COURT**